# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA


EFH Co.

                             Plaintiff.                    Civil 09-1095 (PAM/JJK)

v.

                                             **ORDER OF DISMISSAL**

North Central States Regional
Council of Carpenters

                             Defendant.

_____

      The court having been advised that the above case has been settled,

      **IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court

reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action,

for good cause shown, or to submit and file a stipulated form of final judgment.


Dated: May   26   , 2010


                                        *s/Paul A. Magnuson*
                                        Paul A. Magnuson, Judge
                                        United States District Court